JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR TEJEDA, | ) Case No. ED CV 18-73-SJO (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| JOHN McMAHON, et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: October 31, 2018

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE